Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
AMANDA GOURLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA GOURLEY,<br><br>Defendant. | Case No. 1:20CR00238 NONE/SKO<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER<br><br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Amanda Gourley, that Ms. Gourley's conditions of release be modified to allow Pretrial to remove the ankle monitoring previously ordered as a condition of release. Counsel for the defense has communicated with Pretrial Officer Anthony Perez and was informed that Ms. Gourley has been in compliance with Pretrial in this matter and Pretrial Officer Perez was no opposed to removing the condition that required electronic monitoring. In addition, Counsel has communicated with AUSA Stephanie Stokman, who likewise, was not opposed to such an order.

///

///

///

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

Date: June 2, 2021  /s/   Steven L. Crawford
Steven L. Crawford
Attorney for Defendant
AMANDA GOURLEY

PHILLIP A. TALBERT
United States Attorney

Date: June 2, 2021  /s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Ms. Gourley's pretrial release as requested above.

IT IS SO ORDERED.

Dated: June 2, 2021

HON. SHEILA K. OBERTO
United States Magistrate Judge