1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              CASE NO. 1:20-CR-00238-JLT-SKO

11                      Plaintiff,         STIPULATION TO SET CHANGE OF PLEA
                                           HEARING AND EXCLUDE TIME UNDER
12                      v.                 SPEEDY TRIAL ACT; ORDER

13 AMANDA GOURLEY,

14                      Defendant.

15

16                              **STIPULATION**

17       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19       1.      By previous order, this matter was set for status conference on March 15, 2023.

20       2.      By this stipulation, defendant now moves to schedule a change of plea hearing on March

21 27, 2023, which will take place after the period of excludable time. The parties therefore move to have

22 the change of plea hearing scheduled for March 27, 2023 at 10:00 a.m., and to exclude time as to

23 defendant Amanda Gourley through March 27, 2023 for the reasons set forth below.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The parties have entered into a plea agreement.

26              b)      Counsel for defendant desires the status conference date be vacated so that a

27 change of plea hearing can be set in order to facilitate a resolution in this matter.

28              c)      The government does not object to the continuance.

STIPULATION                                 1

d)      The earliest convenient date for both parties and the Court is March 27, 2023.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 9, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ STEPHANIE M. STOKMAN
                                                  STEPHANIE M. STOKMAN
                                                  Assistant United States Attorney


Dated:  February 9, 2023                          /s/ STEVE CRAWFORD
                                                  STEVE CRAWFORD
                                                  Counsel for Defendant
                                                  AMANDA GOURLEY


**ORDER**

IT IS SO ORDERED.


_____
THE HONORABLE SHEILA K. OBERTO

UNITED STATES MAGISTRATE JUDGE

STIPULATION

2