```
1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs<br><br>AMANDA GOURLEY,<br><br>                    Defendant. | CASE NO. 1:20-CR-00238-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: July 17, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, through its attorney of record, Assistant U.S. Attorney, Stephanie M. Stokman, and defendant, Amanda Gourley, through her attorney of record, Steven Crawford, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 17, 2023.

2. The parties agree and stipulate that the defendant requests this Court to continue the sentencing until **August 14, 2023 at 10:00 a.m**. for purposes of conducting a safety valve debrief pursuant to U.S.S.C. § 5C1.2.

//

//

3. The government does not object to this continuance.

IT IS SO STIPULATED.

Dated: June 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: June 20, 2023

/s/ STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
Amanda Gourley

**ORDER**

IT IS SO ORDERED.

Dated:   **June 20, 2023**

UNITED STATES DISTRICT JUDGE